# COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name **Thornton    Glenn    D.**
    (Last)        (First)       (Initial)

Prisoner Number **F44931**

Institutional Address **P.O. Box 3466 Corcoran State Prison 93212**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Glenn David Thornton**
(Enter the full name of plaintiff in this action.)

vs.

**Compton, CA Superior Court**

(Enter the full name of the defendant(s) in this action)

Case No. **TA077741**
(To be provided by the Clerk of Court)

CV 08 0281

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.   Place of present confinement **Corcoran State Prison**

   B.   Is there a grievance procedure in this institution?

          YES ( )    NO (X)

   C.   Did you present the facts in your complaint for review through the grievance procedure?

          YES (X)    NO ( )

   D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT         - 1 -

1. Informal appeal I SENT A LETTER TO NORTHERN District Court, AND They SENT BacK TO CORCORAN State Prison Act 42 U.S.C. 1983

2. First formal level _____

3. Second formal level _____

4. Third formal level _____

    E.    Is the last level to which you appealed the highest level of appeal available to you?

           YES ( )    NO (✓)

    F.    If you did not present your claim for review through the grievance procedure, explain why. I'M just Applying This claim For Court Action, For My Social Security's WELFARE

II.    Parties.

    A.    Write your name and your present address. Do the same for additional plaintiffs, if any.

GlENN D. ThORNTON 425 S. Oleander AVE #713 Compton, CA 90220

    B.    Write the full name of each defendant, his or her official position, and his or her place of employment.

COMPLAINT    - 2 -

III.  Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

My complaint as an Honorably Discharged Veteran complaining in General To The Northern District's Supreme Court, I won an Appeal From And by The U.S. Supreme Court on P.C. 422 Ect. Released Jan. 17 1997 For The P.C. 422 or it's Probation Violation. For. My complaint is Lots of Reason's Esp. Ect. The 6yrs with 922 Days of Pre-Sentence Credits and Against The Superior Court of Judge Allen J. Webter Jr. Compton, CA and Also The Public Defender Phillip Dubuey at The Same Location 601 W. Compton Blvd, Compton, CA Court Bldg. (310) 603-7271

IV.  Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I will Like To win My Appeal Again. Just Like Supreme Court File No. BI09975 L.A. Co Case No. TA032835

COMPLAINT                              - 3 -

TA077741
1. My LAWYER FOR CASE TA077941 is RichARd
2. B. LENNON. My LAWYER FOR CALiFORNiA
3. AppellATE PROjECT This TERM ANd FOR My
4. AppEAl I woN L.A. Co. No TA032835

5. I declare under penalty of perjury that the foregoing is true and correct.

7. Signed this __5Th__ day of __JAN.__, 20__08__

   _Glenn David Thornton_
   (Plaintiff's signature)

COMPLAINT                                           - 4 -

Glenn David Thornton-F44931
Corcoran State Prison
Corcoran, CA P.O. Box 3466-93212
Ell-244 3B01

STATE
PRISON
CORCORAN

Richard W. Wieking
Office of The Clerk U.S. District
Court - Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

