FILED
JAN 16 2008

(PR)
RMW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 0281

Plaintiff, ) CASE NO. TA077741

vs. )

PRISONER'S APPLICATION TO PROCEED **IN FORMA PAUPERIS**

Defendant. )

I, Glenn D. Thornton, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____________________ Net: ____________________

Employer: ________________________________________

________________________________________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

CASTRITE IRON + CASTINGS
IN COMPTON, CA 90220

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No X

b. Income from stocks, bonds, or royalties? — Yes X No ___

c. Rent payments? — Yes ___ No X

d. Pensions, annuities, or life insurance payments? — Yes ___ No X

e. Federal or State welfare payments, Social Security or other government source? — Yes X No ___

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

Supplemental + Social Securities Income
Last Too 2 checks Recieved 2ND + Third MO. YEAR 2005

3. Are you married? — Yes ___ No X

Spouse's Full Name: ______

Spouse's Place of Employment: ______

Spouse's Monthly Salary, Wages or Income:

Gross $______ Net $______

4. a. List amount you contribute to your spouse's support:$ ______

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

______________________________________________

______________________________________________

5. Do you own or are you buying a home? Yes ____ No ____

Estimated Market Value: $____________ Amount of Mortgage: $______________

6. Do you own an automobile? Yes ____ No ____

Make ______________ Year ____________ Model ______________

Is it financed? Yes _____ No _______ If so, Total due: $ ________________

Monthly Payment: $ ______________

7. Do you have a bank account? Yes ____ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: ______________________________

______________________________________________

Present balance(s): $ ______________________________

Do you own any cash? Yes ____ No ____ Amount: $ ________________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ____

______________________________________________

8. What are your monthly expenses?

Rent: $ 300 Utilities: 0

Food: $ 400 Clothing: $127 Monthly

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NO

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes X No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

APPEAL THAT WAS WON! 1996 + 1997 U.S. SUPREME COURT

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

JAN. 5, 2008 — DATE

Glenn D. Thornton — SIGNATURE OF APPLICANT

Case Number: TA077741

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of GLENN Thornton [prisoner name] for the last six months CORCORAN State PRISON [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 80 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 142.00.

Dated: JAN. 5, 2008

_______________________________
[Authorized officer of the institution]

STATE OF CALIFORNIA
CDC - 193 (1/88)

DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

Date JAN. 6 20 08

To: Warden

Approved

I hereby request that my Trust Account be charged $ 210 ¢ for the purpose stated below and authorize the withdrawal of that sum from my account:

F44931
NUMBER

Glenn D. Thornton
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PURPOSE For Postage Right Amount

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

NAME U.S. POSTAGE

ADDRESS

PRINT YOUR FULL NAME HERE