FILED
08 FEB -5 PM 1:25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CA.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                                    )
                    Plaintiff,      )   CASE NO. CV08 0281 RMW
                                    )
         vs.                        )   PRISONER'S
                                    )   APPLICATION TO PROCEED
                                    )   IN FORMA PAUPERIS
                                    )
Glenn Thornton    Defendant.        )
_____)

   I, Glenn Thornton, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

   In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _CASTRITE IRON + Rods  AIRWAY STREET_
5  _GARDENA, CA +_
6  _____
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                    Yes ____ No ✓
10         self employment
11    b.   Income from stocks, bonds,                 Yes ____ No ✓
12         or royalties?
13    c.   Rent payments?                             Yes ____ No ✓
14    d.   Pensions, annuities, or                    Yes ____ No ✓
15         life insurance payments?
16    e.   Federal or State welfare payments,         Yes ~~~~ No ~~~~
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.  Are you married?                              Yes ____ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support: $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

ALThEA ThoRNtoN (562) 608-7759

_____

5. Do you own or are you buying a home?  Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?  Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: BANK OF AMERICA - PARAMOUNT, CA

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No ___ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ___

_____

8. What are your monthly expenses?

Rent: $ ∅ _____ Utilities: ∅

Food: $ ∅ _____ Clothing: ∅

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| Checking + Savings | $ | $ 350.00 |
| | $ | $ |
| | $ | $ |

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  No
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

16  1-27-2008                    Glenn D. Thonton
17    DATE                        SIGNATURE OF APPLICANT

```
 1
 2                                              Case Number: CV08 0281
 3
 4
 5
 6
 7
 8                      CERTIFICATE OF FUNDS
 9                               IN
10                      PRISONER'S ACCOUNT
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of  Glenn Thornton  for the last six months
14    Corcoran State Prison  where (s)he is confined.
                [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ 130.00  and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $ 137.00 .
18
19   Dated: 1-27-2008
20                                              _____
                                                [Authorized officer of the institution]
21
22
23
24
25
26
27
28
```

