IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN DAVID THORNTON, | No. C 08-0281 RMW (PR) |
| Plaintiff, | ORDER OF TRANSFER |
| vs. | |
| SUPERIOR COURT, COMPTON, | |
| Defendant. | |

Plaintiff, proceeding pro se, filed a civil rights complaint concerning his criminal conviction and pre-sentence credits from the state superior court in Compton, California. Plaintiff is currently incarcerated in Corcoran State Prison. Accordingly, the acts complained of occurred in Los Angeles County, which lies within the venue of the Central District of California. Therefore, venue properly lies in the Central District and not in this court. See 28 U.S.C. § 1391(b). Therefore, this case is TRANSFERRED to the United States District Court for the Central District of California. See 28 U.S.C. § 1406(a). The clerk shall terminate any pending motions and transfer the entire file to the Central District of California.

IT IS SO ORDERED.

DATED: _2/8/08_____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Transfer
P:\pro-se\sj.rmw\cr.08\Thornton281trans        1

1  This is to certify that on _____2/12/08_____, a copy of this ruling was mailed to the following:

3  Glenn David Thornton
F-44931
4  Corcoran State Prison
P.O. Box 3466
5  Corcoran, CA  93212

Order of Transfer
P:\pro-se\sj.rmw\cr.08\Thornton281trans        2